UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-18-CR-131 FB |
| RAYMOND MCKINNEY | § § | |

**DEFENDANT'S MOTION TO DISMISS INDICTMENT**

TO THE HONORABLE FRED BIERY, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT IN THE WESTERN DISTRICT OF TEXAS:

COMES NOW Defendant Raymond McKinney, and pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) moves to dismiss the Indictment, which charges Mr. McKinney with 18:922(g), felon in possession of a firearm. In support thereof, Mr. McKinney shows the following:

I

On June 10, 2022 the 5th Circuit Court of Appeals vacated the conviction and sentence in this case.

Further, Mr. McKinney has previously satisfied the Imprisonment component of the original sentence which has been vacated.

WHEREFORE, for the foregoing reasons, Mr. McKinney requests that the Court dismiss the Indictment.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ ALFREDO R. VILLARREAL
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
Tel.: (210) 472–6700
Fax.: (210) 472-4454
Bar Number: 20581850

*Attorney for Defendant*


# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2022, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following:

Priscilla Garcia
Assistant U.S. Attorney
United States Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

/S/ALFREDO R. VILLAREAL
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § § | **CAUSE NO. SA-18-CR-131 FB** |
| **RAYMOND MCKINNEY** | § § | |

**ORDER**

On this day, the Court considered Defendant's Motion to Dismiss Indictment, and the Court is of the opinion that the motion should be **GRANTED**. Accordingly, it is hereby:

**ORDERED** that the Indictment in this cause is **DISMISSED**.

**SO ORDERED** on this ____ day of _____, 2022.

_____
FRED BIERY
United States District Judge