**FILED**

June 15, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____Jaemie Herndon_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO: SA:18-CR-00131(1)-FB |
| | § | |
| RAYMOND McKINNEY | § | |

## ORDER DISMISSING THE INDICTMENT AND ORDERING DEFENDANT'S RELEASE FROM FEDERAL CUSTODY

Before the Court is the Opinion and Order of the Fifth Circuit Court of Appeals, Case No. 21-50308, and the Defendant's Motion to Dismiss the Indictment based on the Fifth Circuit's Order vacating his conviction and sentence.

While this federal indictment will be dismissed, it is possible the Defendant has other state matters pending.

Accordingly, the Defendant's Motion to Dismiss the indictment herein is GRANTED.  The United States Marshal Service is ordered to release the Defendant from federal custody, subject to any State of Texas or Bexar County detainers.

IT IS SO ORDERED.

SIGNED this 15th day of June, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE